THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET TILLERY, | CASE NO. C21-5773-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation and proposed order of dismissal with prejudice (Dkt. No. 8) is self-executing without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

DATED this 22nd day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-5773-JCC
PAGE - 1